**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Ebony T. Staten                  CHAPTER 13

Debtor(s)

BKY. NO. 25-13057 DJB

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of PENNSYLVANIA HOUSING FINANCE AGENCY and index same on the master mailing list.

                                          Respectfully submitted,

/s/ *Matthew Fissel*
Matthew Fissel
27 Aug 2025, 12:28:18, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322

Document ID: 71596b97611dca18d40b0bebe77eed89ed66c19125b7738bdc0fd9b48f117387