# Commonwealth of Pennsylvania

## EMPLOYEE PAY STATEMENT

```
|Ebony T. Staten                          |Personnel Number..... 00658545          |
|1009 GREEN ST                            |Human Services Pyrl Area 3              |
|NORRISTOWN PA  19401-3803                |Pay Period.. 06/14/2025 - 06/27/2025    |
|                                         |Fed Tax Status: Single                  |
|                                         |Fed Tax Allowances: 11   Period: 14/2025|
|B/U:N1     Group:03     Level:14         |                                        |
|_____|_____|
| Pay Date       Payment Amount =      Gross    +    Reim.    -    Taxes    -    Deds. |
| 07/11/2025         1,455.97      =  1,969.00  +    0.00     -   242.36    -   270.67 |
```

| Gross Current Pay | Rate | Hrs/Unt | Amount | Year To Date |
|---|---|---|---|---|
| Normal working hours | 23.46 | 57.58 | 1,350.83 | 16,990.03 |
| Annual Leave Pay | 23.46 | 7.50 | 175.95 | 3,196.67 |
| Sick Leave Pay | | | | 1,081.91 |
| Sick Bereavement Leave | | | | 175.95 |
| Sick Family Leave | | | | 674.48 |
| Compensatory | 23.46 | 1.85 | 43.40 | 761.87 |
| Holiday/Comp lieu Holiday | 23.46 | 7.50 | 175.95 | 1,048.06 |
| Ann.Emergency Lv Pay | | | | 175.95 |
| Ann.Extraordinary Lv Pay | | | | 351.90 |
| Incentive Payment | | | | 944.41 |
| OT 1.0 | 23.46 | 0.50 | 11.73 | 327.68 |
| OT 1.5 | 35.19 | 6.00 | 211.14 | 3,681.29 |
| OT 2.0 | | | | 375.36 |
| Hol 1.5 | | | | 228.74 |
| SDiff 2.0 & PSP 5% | | | | 18.40 |
| SDiff 1.5 Prem | | | | 15.04 |
| Leave w/out Pay-AbsenceNA | | | | |
| Leave w/out Pay-AbsenceNA | 23.46 | 0.57 | | |
| Total Gross | | | 1,969.00 | 30,047.74 |

| Taxes | Amount | Year To Date |
|---|---|---|
| Federal      Federal | | |
| TX Withholding Tax | | 232.68 |
| TX EE Social Security Tax | 115.58 | 1,772.31 |
| TX EE Medicare Tax | 27.03 | 414.49 |
| State      Pennsylvania | | |
| TX Withholding Tax | 57.23 | 877.57 |
| TX EE Unemployment Tax | 1.37 | 21.03 |
| Local      Norristown Borough | | |
| TX Withholding Tax | 39.15 | 600.32 |
| TX Local Services Tax | | 10.00 |
| Local      West Norriton Township | | |
| TX Local Services Tax | 2.00 | 18.00 |
| EE Taxes | 242.36 | 3,946.40 |

| Deductions | Amount | Year To Date |
|---|---|---|

# Commonwealth of Pennsylvania

## EMPLOYEE PAY STATEMENT

| Description | Amount | Year To Date |
|---|---:|---:|
| EE PreTx MED Pct | 48.39 | 675.34 |
| MED Buy Up/Base Cost | 56.47 | 786.76 |
| PAC - AFSCME AFL-CIO | 4.00 | 56.00 |
| Addtl Voluntary Benefits | 12.56 | 175.84 |
| AFSCME - 13 Union Dues | 26.19 | 366.84 |
| Full Cov Class AA/Cat 0 | 123.06 | 1,877.98 |
| Total Deductions | 270.67 | 3,938.76 |

| Non Cash Compensation | Amount | Year To Date |
|---|---|---|

| Reimbursements | Amount |
|---|---|

| Direct Deposit Bank / Check | Amount |
|---|---:|
| Net Payment | 400.00 |
| Net Payment | 1,055.97 |

| State Paid Benefits | Amount |
|---|---:|
| TX ER Social Security Tax | 115.58 |
| TX ER Medicare Tax | 27.03 |
| ER Basic Life | 3.74 |
| Annuitant Med Hospital | 263.00 |
| ER Workers Comp Benefit | 52.08 |
| PR Choice PPO | 668.00 |

# Commonwealth of Pennsylvania

## EMPLOYEE PAY STATEMENT

```
| Ebony T. Staten                          | Personnel Number..... 00658545           |
| 1009 GREEN ST                            | Human Services Pyrl Area 3               |
| NORRISTOWN PA   19401-3803               | Pay Period.. 06/14/2025 - 06/27/2025     |
|                                          | Fed Tax Status:                          |
|                                          | Fed Tax Allowances:      Period: 14/2025 |
| B/U:N1     Group:03    Level:14          |                                          |
```

| Pay Date | Payment Amount | = | Gross | + | Reim. | - | Taxes | - | Deds. |
|---|---|---|---|---|---|---|---|---|---|
| 07/11/2025 | 1,455.97 | = | 1,969.00 | + | 0.00 | - | 242.36 | - | 270.67 |

| ER-SERS | 786.81 |
|---|---|

| Federal Taxable Wages | Amount |
|---|---|
| Current Period Results | 1,741.08 |

| Garnishment Type | Beg Balance | Total To Date | Remain Balance |
|---|---|---|---|
|  |  |  |  |

| Payroll Area | Z3 |
|---|---|

# Commonwealth of Pennsylvania

## EMPLOYEE PAY STATEMENT

```
|Ebony T. Staten                        |Personnel Number..... 00658545          |
|1009 GREEN ST                          |Human Services Pyrl Area 3              |
|NORRISTOWN PA   19401-3803             |Pay Period.. 06/28/2025 - 07/11/2025    |
|                                       |Fed Tax Status: Single                  |
|                                       |Fed Tax Allowances: 11   Period: 15/2025|
|B/U:N1     Group:03     Level:14       |                                        |
```

| Pay Date | Payment Amount | = | Gross | + | Reim. | - | Taxes | - | Deds. |
|---|---|---|---|---|---|---|---|---|---|
| 07/25/2025 | 2,175.90 | = | 2,941.76 | + | 0.00 | - | 432.66 | - | 333.20 |

| Gross Current Pay | Rate | Hrs/Unt | Amount | Year To Date |
|---|---|---|---|---|
| Normal working hours | 23.99 | 51.00 | 1,223.49 | |
| Normal working hours | 23.46 | 7.50 | 175.95 | 18,389.47 |
| Annual Leave Pay | 23.99 | 7.07 | 169.61 | 3,366.28 |
| Sick Leave Pay | | | | 1,081.91 |
| Sick Bereavement Leave | | | | 175.95 |
| Sick Family Leave | | | | 674.48 |
| Compensatory | 23.99 | 1.93 | 46.30 | 808.17 |
| Holiday/Comp lieu Holiday | 23.99 | 7.50 | 179.93 | 1,227.99 |
| Ann.Emergency Lv Pay | | | | 175.95 |
| Ann.Extraordinary Lv Pay | | | | 351.90 |
| Incentive Payment | | | | 982.53 |
| OT 1.0 | 23.46 | 2.50 | 58.65 | |
| OT 1.0 | 23.99 | 1.50 | 35.99 | 422.32 |
| OT 1.5 | 35.19 | 3.75 | 131.96 | |
| OT 1.5 | 35.99 | 24.50 | 881.76 | 4,695.01 |
| OT 2.0 | | | | 375.36 |
| Hol 1.5 | | | | 228.74 |
| SDiff 2.0 & PSP 5% | | | | 18.40 |
| SDiff 1.5 Prem | | | | 15.04 |
| Leave w/out Pay-AbsenceNA | | | | |
| Total Gross | | | 2,903.64 | 32,989.50 |
| Difference prev. Period | | | 38.12 | |

| Taxes | Amount | Year To Date |
|---|---|---|
| Federal            Federal | | |
| TX Withholding Tax | 65.04 | 297.72 |
| TX EE Social Security Tax | 175.83 | 1,948.14 |
| TX EE Medicare Tax | 41.12 | 455.61 |
| State              Pennsylvania | | |
| TX Withholding Tax | 87.06 | 964.63 |
| TX EE Unemployment Tax | 2.06 | 23.09 |
| Local              Norristown Borough | | |
| TX Withholding Tax | 59.55 | 659.87 |
| TX Local Services Tax | | 10.00 |
| Local              West Norriton Township | | |
| TX Local Services Tax | 2.00 | 20.00 |
| EE Taxes | 432.66 | 4,379.06 |

# Commonwealth of Pennsylvania

## EMPLOYEE PAY STATEMENT

| Deductions | Amount | Year To Date |
|---|---:|---:|
| EE PreTx MED Pct | 49.37 | 724.71 |
| MED Buy Up/Base Cost | 56.47 | 843.23 |
| PAC - AFSCME AFL-CIO | 4.00 | 60.00 |
| Addtl Voluntary Benefits | 12.56 | 188.40 |
| AFSCME - 13 Union Dues | 26.93 | 393.77 |
| Full Cov Class AA/Cat 0 | 183.87 | 2,061.85 |
| Total Deductions | 333.20 | 4,271.96 |

| Non Cash Compensation | Amount | Year To Date |
|---|---|---|

| Reimbursements | Amount |
|---|---|

| Direct Deposit Bank / Check | Amount |
|---|---:|
| Net Payment | 400.00 |
| Net Payment | 1,775.90 |

| State Paid Benefits | Amount |
|---|---:|
| TX ER Social Security Tax | 175.83 |
| TX ER Medicare Tax | 41.12 |
| ER Basic Life | 3.74 |

## Commonwealth of Pennsylvania

### EMPLOYEE PAY STATEMENT

```
|Ebony T. Staten                      |Personnel Number..... 00658545         |
|1009 GREEN ST                        |Human Services Pyrl Area 3             |
|NORRISTOWN PA   19401-3803           |Pay Period.. 06/28/2025 - 07/11/2025   |
|                                     |Fed Tax Status:                        |
|                                     |Fed Tax Allowances:      Period: 15/2025|
|B/U:N1     Group:03     Level:14     |                                       |
|_____|_____|
| Pay Date       Payment Amount =      Gross     +      Reim.    -     Taxes    -     Deds. |
| 07/25/2025        2,175.90      =   2,941.76   +       0.00    -    432.66    -    333.20 |
|_____|
|Annuitant Med Hospital                      263.00                                         |
|ER Workers Comp Benefit                      77.80                                         |
|PR Choice PPO                               668.00                                         |
|ER-SERS                                   1,175.53                                         |
|_____|


|Federal Taxable Wages                      Amount                                          |
|_____|
|Current Period Results                    2,652.05                                         |
|_____|


|Garnishment Type                 Beg Balance       Total To Date     Remain Balance        |
|_____|
|_____|


|Payroll Area      Z3                                                                       |
|_____|
```

# Commonwealth of Pennsylvania

## EMPLOYEE PAY STATEMENT

```
|Ebony T. Staten                        |Personnel Number..... 00658545      |
|1009 GREEN ST                          |Human Services Pyrl Area 3          |
|NORRISTOWN PA   19401-3803             |Pay Period.. 06/28/2025 - 07/11/2025|
|                                       |Fed Tax Status: Single              |
|                                       |Fed Tax Allowances: 11   Period: 15/2025|
|B/U:N1     Group:03    Level:14        |                                    |
```

| Pay Date | Payment Amount | = | Gross | + | Reim. | - | Taxes | - | Deds. |
|---|---|---|---|---|---|---|---|---|---|
| 07/25/2025 | 2,175.90 | = | 2,941.76 | + | 0.00 | - | 432.66 | - | 333.20 |

| Gross Current Pay | Rate | Hrs/Unt | Amount | Year To Date |
|---|---|---|---|---|
| Normal working hours | 23.99 | 51.00 | 1,223.49 | |
| Normal working hours | 23.46 | 7.50 | 175.95 | 18,389.47 |
| Annual Leave Pay | 23.99 | 7.07 | 169.61 | 3,366.28 |
| Sick Leave Pay | | | | 1,081.91 |
| Sick Bereavement Leave | | | | 175.95 |
| Sick Family Leave | | | | 674.48 |
| Compensatory | 23.99 | 1.93 | 46.30 | 808.17 |
| Holiday/Comp lieu Holiday | 23.99 | 7.50 | 179.93 | 1,227.99 |
| Ann.Emergency Lv Pay | | | | 175.95 |
| Ann.Extraordinary Lv Pay | | | | 351.90 |
| Incentive Payment | | | | 982.53 |
| OT 1.0 | 23.46 | 2.50 | 58.65 | |
| OT 1.0 | 23.99 | 1.50 | 35.99 | 422.32 |
| OT 1.5 | 35.19 | 3.75 | 131.96 | |
| OT 1.5 | 35.99 | 24.50 | 881.76 | 4,695.01 |
| OT 2.0 | | | | 375.36 |
| Hol 1.5 | | | | 228.74 |
| SDiff 2.0 & PSP 5% | | | | 18.40 |
| SDiff 1.5 Prem | | | | 15.04 |
| Leave w/out Pay-AbsenceNA | | | | |
| Total Gross | | | 2,903.64 | 32,989.50 |
| Difference prev. Period | | | 38.12 | |

| Taxes | Amount | Year To Date |
|---|---|---|
| Federal           Federal | | |
| TX Withholding Tax | 65.04 | 297.72 |
| TX EE Social Security Tax | 175.83 | 1,948.14 |
| TX EE Medicare Tax | 41.12 | 455.61 |
| State             Pennsylvania | | |
| TX Withholding Tax | 87.06 | 964.63 |
| TX EE Unemployment Tax | 2.06 | 23.09 |
| Local             Norristown Borough | | |
| TX Withholding Tax | 59.55 | 659.87 |
| TX Local Services Tax | | 10.00 |
| Local             West Norriton Township | | |
| TX Local Services Tax | 2.00 | 20.00 |
| EE Taxes | 432.66 | 4,379.06 |

# Commonwealth of Pennsylvania

## EMPLOYEE PAY STATEMENT

| Deductions | Amount | Year To Date |
|---|---:|---:|
| EE PreTx MED Pct | 49.37 | 724.71 |
| MED Buy Up/Base Cost | 56.47 | 843.23 |
| PAC - AFSCME AFL-CIO | 4.00 | 60.00 |
| Addtl Voluntary Benefits | 12.56 | 188.40 |
| AFSCME - 13 Union Dues | 26.93 | 393.77 |
| Full Cov Class AA/Cat 0 | 183.87 | 2,061.85 |
| Total Deductions | 333.20 | 4,271.96 |

| Non Cash Compensation | Amount | Year To Date |
|---|---|---|

| Reimbursements | Amount |
|---|---|

| Direct Deposit Bank / Check | Amount |
|---|---:|
| Net Payment | 400.00 |
| Net Payment | 1,775.90 |

| State Paid Benefits | Amount |
|---|---:|
| TX ER Social Security Tax | 175.83 |
| TX ER Medicare Tax | 41.12 |
| ER Basic Life | 3.74 |

# Commonwealth of Pennsylvania

## EMPLOYEE PAY STATEMENT

```
|Ebony T. Staten                       |Personnel Number..... 00658545            |
|1009 GREEN ST                         |Human Services Pyrl Area 3                |
|NORRISTOWN PA   19401-3803            |Pay Period.. 06/28/2025 - 07/11/2025      |
|                                      |Fed Tax Status:                           |
|                                      |Fed Tax Allowances:      Period: 15/2025  |
|B/U:N1     Group:03    Level:14       |                                          |
|_____|_____|
| Pay Date      Payment Amount =     Gross    +      Reim.   -     Taxes   -    Deds. |
| 07/25/2025         2,175.90    =  2,941.76  +      0.00    -    432.66   -   333.20 |
|_____|
|Annuitant Med Hospital                        263.00                                 |
|ER Workers Comp Benefit                        77.80                                 |
|PR Choice PPO                                 668.00                                 |
|ER-SERS                                     1,175.53                                 |
|_____|

|Federal Taxable Wages                        Amount                                  |
|_____|
|Current Period Results                      2,652.05                                 |
|_____|

|Garnishment Type                 Beg Balance       Total To Date    Remain Balance   |
|_____|
|_____|

|Payroll Area      Z3                                                                 |
|_____|
```