United States Bankruptcy Court

Eastern District of Pennsylvania

| In re: | Case No. 25-13057-djb |
|---|---|
| Ebony T. Staten | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jan 08, 2026 | Form ID: pdf900 | Total Noticed: 20 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 10, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ebony T. Staten, 1009 Green Street, Norristown, PA 19401-3803 |
| 15083157 | + | Norristown Stormwater Authority, c/o James R. Wood, Esquire, 2700 Horizon Drive Suite 100, King of Prussia, PA 19406-2726 |
| 15083158 | + | Norristown Stormwater Authority, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 15083565 | + | Norristown Stormwater Authority, c/o JAMES RANDOLPH WOOD, Portnoff Law Associates, Ltd., 2700 Horizon Drive, Suite 100 King of Prussia, PA 19406-2726 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jan 09 2026 00:19:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 09 2026 00:18:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 09 2026 00:25:38 | Bridgecrest Acceptance Corporation, c/o AIS Portfo, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15036502 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 09 2026 00:25:38 | Bridgecrest Acceptance Corporation, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15036741 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 09 2026 00:25:38 | Bridgecrest Acceptance Corporation, AIS Portfolio Services, LLC, c/o Amitkumar Sharma, Esq., 4515 N Santa Fe Ave. Dept. APS, Oklahoma City OK 73118-7901 |
| 15034986 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 09 2026 00:25:40 | Directv, LLC, by American Infsource as agent, 4515 N. Santa Fe Avenue, Oklahoma City, OK 73118-7901 |
| 15038323 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 09 2026 00:25:53 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15034987 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 09 2026 00:18:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 15034988 | + | Email/Text: bankruptcygroup@peco-energy.com | Jan 09 2026 00:18:00 | PECO, 2301 Market Street, 0S4-1, Philadelphia, PA 19103-1380 |
| 15066874 | + | Email/Text: bankruptcygroup@peco-energy.com | Jan 09 2026 00:18:00 | PECO, 2301 Market St, 04 NW, Philadelphia, PA 19103-1380 |
| 15043854 | ^ | MEBN | Jan 09 2026 00:17:11 | PENNSYLVANIA HOUSING FINANCE AGENCY, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 15059226 | + | Email/Text: blegal@phfa.org | Jan 09 2026 00:18:00 | PHFA, 211 North Front Street, Harrisburg, PA |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 08, 2026 | Form ID: pdf900 | Total Noticed: 20 |

| | | | | |
|---|---|---|---|---|
| | | | | 17101-1466 |
| 15034989 | + | Email/Text: blegal@phfa.org | | |
| | | | Jan 09 2026 00:18:00 | Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 15034991 | + | Email/Text: JCAP_BNC_Notices@jcap.com | | |
| | | | Jan 09 2026 00:18:00 | Premier Bankcard, LLC, Jefferson Capital Sysytems LLC, assignee, PO Box 7999, Saint Cloud, MN 56302-7999 |
| 15034992 | + | Email/PDF: ebn_ais@aisinfo.com | | |
| | | | Jan 09 2026 00:25:40 | T-Mobile/T-Mobile USA Inc, by American Infosource as agent, 4515 N. Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15035464 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | | |
| | | | Jan 09 2026 00:25:49 | U.S. Department of Housing and Urban Development, 801 Market Street, Philadelphia, PA 19107 |

TOTAL: 16

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Norristown Stormwater Authority, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 15034990 | *+ | Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 10, 2026                 Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 8, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JAMES RANDOLPH WOOD | on behalf of Creditor Norristown Stormwater Authority jwood@portnoffonline.com  jwood@ecf.inforuptcy.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| LEON P. HALLER | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com |
| MATTHEW K. FISSEL | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com matthew.fissel@brockandscott.com |
| MICHAEL D. SAYLES | on behalf of Debtor Ebony T. Staten midusa1@comcast.net  midusa1@outlook.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

District/off: 0313-2                                         User: admin                                                Page 3 of 3
Date Rcvd: Jan 08, 2026                              Form ID: pdf900                                   Total Noticed: 20
TOTAL: 6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: **Ebony Staten**                    )          **Chapter 13**
                                           )
                                           )
                                           )
            Debtor                         )          Bankruptcy. No. **25-13057\DJB**

### ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

        **AND NOW**, consideration of the Motion to Dismiss Case filed by Standing Chapter 13 Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1.      This above-captioned chapter 13 bankruptcy case is **DISMISSED**.

2.      Counsel for the Debtor shall file a master mailing list with the Clerk of the United States Bankruptcy Court, if such has not been previously filed.

3.      Any wage orders previously entered are **VACATED**.

4.      Pursuant to 11 U.S.C. §349(b)(3), any undistributed Chapter 13 plan dividend payments in the possession of the aforesaid Trustee shall not revest in the entity in which such property had vested immediately prior to the commencement of this case. **All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).**

5.      All applications for allowance of administrative expenses (including applications for allowances of professional fees) shall be filed within **twenty (20) days** of the entry of this Order.

6.      Counsel for the Debtor shall serve this Order by first class mail, postage prepaid, on all interested parties **within five (5) days** of the entry of this Order. Counsel shall file a Certification of Service confirming that such a service has been accomplished **within  fifteen (15) days** of the entry of this Order.

Date:_____  **January 8, 2026**

                                           _____
                                           Derek J. Baker
                                           U.S. BANKRUPTCY JUDGE