IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: **Ebony Staten**  :  CHAPTER  13
  :
  :
DEBTOR  :  Bankruptcy No:  **25-13057\djb**

## CERTIFICATE OF NO RESPONSE

I, Michael D. Sayles, hereby certify that neither an objection to the Proposed Compensation

nor to Application for Administrative Expense has been filed.

Dated: **March 16, 2026**  Respectfully Submitted,

**\s\ Michael D. Sayles**
Michael D. Sayles
Attorney for Debtor
PO Box 11222
Elkins Park, PA  19027
215-635-2270 (phone)
midusa1@comcast.net