UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  **Ebony Staten**                          )          Chapter 13
                                                 )
                                                 )
        Debtor                                   )
                                                 )     Bankruptcy No.: **25-13057\djb**

### ORDER TO ALLOW COUNSEL FEES

Upon consideration of the foregoing application, and upon notice, opportunity for hearing, and certification of no objection,

counsel fees are allowed in the following amounts:

Total fee award:…….$2,730.00

Court Cost………………$0.00

Amounts already paid by Debtor …….$1,000.00

Net amount to be paid by Trustee:    **$1,730.00**

The net amount is to be paid by the Trustee to Michael D. Sayles, Esquire from available funds in the Debtor's estate.

By the Court:

**Date: March 18, 2026**

Dated:_____          _____
                                               Bankruptcy Court Judge