United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                              Case No. 25-13057-djb

Ebony T. Staten                                                     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Mar 18, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 20, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Ebony T. Staten, 1009 Green Street, Norristown, PA 19401-3803 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 20, 2026      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 18, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| JAMES RANDOLPH WOOD | on behalf of Creditor Norristown Stormwater Authority jwood@portnoffonline.com  jwood@ecf.inforuptcy.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| LEON P. HALLER | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com |
| MATTHEW K. FISSEL | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com matthew.fissel@brockandscott.com |
| MICHAEL D. SAYLES | on behalf of Debtor Ebony T. Staten midusa1@comcast.net  midusa1@outlook.com |

District/off: 0313-2                              User: admin                                      Page 2 of 2
Date Rcvd: Mar 18, 2026                           Form ID: pdf900                                  Total Noticed: 1

United States Trustee
            USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  **Ebony Staten**                )          Chapter 13
                                        )
                                        )
        Debtor                          )
                                        )          Bankruptcy No.: **25-13057\djb**


ORDER TO ALLOW COUNSEL FEES


Upon consideration of the foregoing application, and upon notice, opportunity for hearing, and certification of no objection,

counsel fees are allowed in the following amounts:

Total fee award:…….$2,730.00

Court Cost………………$0.00

Amounts already paid by Debtor …….$1,000.00

Net amount to be paid by Trustee:    **$1,730.00**

The net amount is to be paid by the Trustee to Michael D. Sayles, Esquire from available funds in the Debtor's estate.


By the Court:

**Date: March 18, 2026**

Dated:_____                    _____
                                    Bankruptcy Court Judge